JUDGE BARBARA JACOBS ROTHSTEIN

01-CV-02017-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Phenylpropanolamine (PPA) Products Liability Litigation<br><br>This order relates to:<br><br>Jessie Foster v. Bayer Corp., et al., WDWA No. 01-cv-2017 | MDL NO. 1407<br><br>[Proposed] ORDER GRANTING DEFENDANT WYETH'S MOTION FOR SUMMARY JUDGMENT, PURSUANT TO THE COURT'S JUNE 18, 2003 DAUBERT RULING |

Based on the foregoing:

**IT IS ORDERED** that Wyeth's motion for summary judgment be and is hereby **GRANTED.** All of the plaintiff's claims against Wyeth are **DISMISSED WITH PREJUDICE.**

DATED at Seattle, Washington this 19th day of January, 2006.

*Barbara J. Rothstein*
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Defendants' Motion for Summary Judgment Pursuant to the Court's June 18, 2003 Daubert Ruling - 1

MDL NO. 1407

Cook, Yancey, King & Galloway, PLC
333 Texas St., Suite 1700
P.O. Box 22260 (71120)
Shreveport, Louisiana 71101
Telephone: (318) 221-6277  Fax: (318) 227-7850